# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

July 25, 2024

*Before*
FRANK H. EASTERBROOK, *Circuit Judge*
KENNETH F. RIPPLE, *Circuit Judge*
MICHAEL Y. SCUDDER, *Circuit Judge*

| | |
|---|---|
| No. 22-3268 | F.C. BLOXOM COMPANY,<br>    Plaintiff - Appellant<br><br>v.<br><br>TOM LANGE COMPANY INTERNATIONAL, INC., doing business as SEVEN SEAS FRUIT,<br>    Defendant - Appellee |
| No. 23-1022 | F.C. BLOXOM COMPANY, doing business as F.C. BLOXOM INTERNATIONAL,<br>    Petitioner - Appellant<br><br>v.<br><br>JASON LAYE,<br>    Respondent - Appellee |
| **Originating Case Information:** ||
| District Court Nos: 3:20-cv-03147-SEM-KLM & 3:22-mc-03005-SEM-KLM<br>Central District of Illinois<br>District Judge Sue E. Myerscough ||

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

*[signature]*

Clerk of Court

form name: **c7_FinalJudgment**   (form ID: **132**)